# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JERRY LYNN LOUDERMILK,** | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No. 4:19-CV-00387-CLM |
| | } |
| **ANDREW SAUL,** Commissioner of the Social Security Administration, | }<br>}<br>}<br>} |
| Defendant. | } |

## MEMORANDUM OPINION

The Magistrate Judge entered a report that recommended the Commissioner's decision below be reversed and remanded (doc. 13). The Magistrate advised the parties that they should file any objections to the recommendations within 14 days.

Neither party filed an objection. Because the Commissioner does not object to the Magistrate Judge's recommendation that this case be remanded for further proceedings, the court **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** the recommendations of the Magistrate Judge that the decision of the Commissioner be reversed. The Court will enter a separate order that carries out this opinion.

**DONE** and **ORDERED** on June 22, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE